Harry Atkinson, Inc., appellee, v. McNichols & Kimmel, Inc., appellant. Gen. No. 31,014.

Suit to recover balance due on written contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon.

James J. O'Toole, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 17, 1926.

Harold L. Feigenholtz, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.